1

2

3

4

5

6

**UNITED STATES DISTRICT COURT**

7

EASTERN DISTRICT OF CALIFORNIA

8

9

ANAHID GEORGE,

Case No. 1:16-cv-00335-SMS

10

Plaintiff,

ORDER GRANTING APPLICATION
TO PROCEED *IN FORMA PAUPERIS*

11

v.

12

CAROLYN W. COLVIN, ACTING
COMMISSIONER OF SOCIAL SECURITY,

(Doc. 2)

13

14

Defendant.

15

By motion filed March 3, 2016, Plaintiff Anahid George seeks to proceed *in forma pauperis*.

16

Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).

17

Accordingly, the Court GRANTS Plaintiff's motion to proceed *in forma pauperis*.

18

The Clerk of Court is directed to issue the summons and new case documents.  The United States

19

Marshal is directed to serve a copy of the complaint, summons, and this order upon Defendant if

20

requested by Plaintiff.

21

22

IT IS SO ORDERED.

23

Dated:   **March 16, 2016**          **/s/ Sandra M. Snyder**
                                      UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28