PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
ASIM H. MODI
Special Assistant United States Attorney
      Social Security Administration
      160 Spear Street, Suite 800
      San Francisco, CA  94105
      Telephone: 415-977-8952
      Facsimile: 415-744-0134
      Email: Asim.Modi@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| ANAHID GEORGE, | )   Case No. 1:16-cv-0335-GSA |
| | ) |
|     Plaintiff, | )   **STIPULATION AND ORDER TO** |
| | )   **EXTEND BRIEFING SCHEDULE** |
|       v. | ) |
| | ) |
| CAROLYN W. COLVIN | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
|     Defendant. | ) |
| | ) |

      IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend Defendant's time to file her responsive brief with the Court by 30 days to **January 27, 2017**, and that all other scheduling dates set forth in the Court's Case Management Order shall be extended accordingly.  This is Defendant's first request for an extension of time in this matter, and she requests it in good faith and without any intent to prolong proceedings unduly.

      There is good cause for this extension request.  First, a 30-day extension is necessary because counsel for Defendant will be out of the office on scheduled leave from December 26, 2016, through January 10, 2017, and requires additional time to adequately research and analyze

the factual record and Plaintiff's legal claims.  Second, counsel for Defendant has workload issues that preclude filing the responsive brief by December 28, 2016.  Specifically, in addition to the scheduled leave referenced above, counsel for Defendant is responsible for drafting substantive pleadings before the district courts within the Seventh and Ninth Circuit, drafting appellate briefs in three Social Security matters before the Ninth Circuit, and negotiating or litigating attorney fee matters pursuant to the Equal Access to Justice Act.  Counsel for Defendant is also currently responsible for conducting discovery and preparing for a hearing in personnel litigation pending before the Merit Systems Protection Board.

Counsel for Defendant apologizes to Plaintiff and the Court for any inconvenience caused by this delay.

Respectfully submitted,

Date: _December 20, 2016_                LAW OFFICES OF LAWRENCE D. ROHLFING

By:    _/s/ Asim H. Modi for Young Cho*_
       YOUNG CHO
       *Authorized by email on December 20, 2016*
       Attorneys for Plaintiff

Date: _December 20, 2016_                PHILLIP A. TALBERT
                                         United States Attorney
                                         DEBORAH LEE STACHEL
                                         Regional Chief Counsel, Region IX
                                         Social Security Administration


By:    _/s/ Asim H. Modi_
       ASIM H. MODI
       Special Assistant United States Attorney
       Attorneys for Defendant

-2-

<u>ORDER</u>

1

2          Pursuant to the above stipulation, Defendant's Opposition shall be filed no later than

3   **January 27, 2017**.  Any Reply shall be filed fifteen (15) days after the filing of the Opposition.

4

5   IT IS SO ORDERED.

6      Dated:   __**December 29, 2016**__              _____**/s/ Gary S. Austin**
                                                      UNITED STATES MAGISTRATE JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28